JS-6

Dominique Daniels
1907 N. Keene Ave
Los Angeles, California 90059
(424) 757-2523
ddaniels34@toromail.csudh.edu

Plaintiff in Pro Per

MATTHEW T. SINNOTT (SBN 229468)
msinnott@martensonlaw.com
AMIR H. AZIMZADEH (SBN 292474)
aazmizadeh@martensonlaw.com
MARTENSON, HASBROUCK & SIMON LLP
5800 Armada Drive, Suite 101
Carlsbad, California 92008
Telephone:    (760) 683-8499
Facsimile:    (442) 244-0821

Attorneys for Defendants
G4S SECURE SOLUTIONS (USA) INC.; DOVE CANYON MASTER ASSOCIATION; SEABREEZE MANAGEMENT COMPANY, INC.; VINCE GUARINO; AND ANTHONI D. KING III

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DOMINIQUE DANIELS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>G4S SECURE SOLUTIONS (USA) INC., DOVE CANYON MASTER ASSOCIATION, SEABREEZE MANAGEMENT COMPANY, INC., VINCE GUARINO AND ANTHONI D. KING III,<br><br>　　　　Defendants. | CASE NO.: 8:20-cv-00283-JGB (JDEx)<br><br>**ORDER DISMISSING PLAINTIFF'S ENTIRE ACTION WITH PREJUDICE**<br><br>Courtroom:　Riverside, Courtroom 1<br>District:　　Hon. Jesus G. Bernal<br>Magistrate:　Hon. John D. Early<br><br>Pretrial Conference:　October 2, 2023<br>Trial:　　　　　　　　October 17, 2023 |

The Court has reviewed the stipulation by and between the parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff DOMINIQUE DANIELS' action against Defendants, G4S SECURE SOLUTIONS (USA) INC.; DOVE CANYON MASTER ASSOCIATION; SEABREEZE MANAGEMENT COMPANY, INC.; VINCE GUARINO; and ANTHONI D. KING III is hereby dismissed in its entirety with prejudice.

2. The Clerk of the Court shall close the file in this matter.

IT IS SO ORDERED:

DATED: August 31, 2023

_____
HONARABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE